OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 22, 2025

Heng Wang
Wang Gao & Associates
36 Bridge Street
Metuchen, NJ 08840

RE: Shenzhen Goldely Garment Import and Export Inc v. Point Collection LLC, et al
Case Number: 25-3312
District Court Case Number: 3:25-cv-06313

Dear Counsel:

Pursuant to our docketing letter dated **December 1, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: Avram E. Frisch, Esq.