# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3312

Shenzhen Goldely Garment Import and Export Inc v. Point Collection LLC, et al

(District Court No. 3:25-cv-06313)

## BRIEFING AND SCHEDULING ORDER

It is **ORDERED** that the brief for Appellant(s) and the joint appendix shall be filed and served on or before **03/09/2026. It is the preference of the Court that volume one of the appendix be attached to the brief.**

It is **FURTHER ORDERED** that the brief(s) for Appellee(s) shall be filed and served within thirty (30) days of service of Appellant's (Appellants') brief.

It is **FURTHER ORDERED** that a reply brief, if any, shall be filed and served within twenty-one (21) days of service of Appellee's (Appellees') brief(s).

It is **FURTHER ORDERED** that in the event of default by Appellant in filing the brief and appendix as directed, the appeal may be dismissed without further notice.

It is **FURTHER ORDERED** that if Appellee fails to file a brief within the time directed, the matter will be listed on Appellant's brief only and Appellee may be subject to such sanctions as the Court deems appropriate.

**It is noted that, where applicable, parties must comply with 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review unless the entity or agency is the sole respondent or to entities or agencies which acted solely as an adjudicatory tribunal.

This Court requires the filing of briefs by counsel in both electronic and paper format. 3rd Cir. LAR 31 .1(b) . Pro Se litigants are exempt from the electronic filing requirement. **Parties must file 7 copies of the briefs; pro se parties who are proceeding in forma pauperis may file only 4 copies. Costs for additional copies will be permitted only if the Court directs that additional copies be filed.** Pursuant to 3rd Cir. LAR 30.1(a), counsel must electronically file the appendix in accordance with LAR Misc. 113.

Checklists regarding the requirements for filing a brief and appendix are available on the Court's website at www.ca3.uscourts.gov.

**If assistance is needed, please call 215-597-2995 and select option 2 for the Briefing department.**

**For verbal extensions of time, please call 215-597-2995 and select option 3 for Case Management.**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: January 27, 2026
cc: Shaoyi Che, Esq.
Avram E. Frisch, Esq.