# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-3312</u>

Shenzhen Goldely Garment Import and Export Inc v. Point Collection LLC, et al

(U.S. District Court No.: 3:25-cv-06313)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellants failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     April 07, 2026
LMR/cc:   Shaoyi Che, Esq.
Avram E. Frisch, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate